# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:05 CV 473-MU

CONDOMINIUMS AT LATTA PAVILION,
OWNERS ASSOCIATION, INC., et al.,
  Plaintiffs,

**AGREED ORDER OF STAY**

v.

CRYSTAL WINDOW & DOOR
SYSTEMS, INC.,

  Defendant.

THIS MATTER coming on to be heard on Consent Motion to Stay submitted by Plaintiffs, and the Court having considered the reasons set forth in the Consent Motion, and being of the opinion that the motion should be allowed in order that the parties to the present suit may work jointly with non-parties to investigate a possible resolution of the matters raised in the Complaint without the present necessity of the Initial Attorneys' Conference and other or further litigation proceedings herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Consent Motion to Stay be and hereby is GRANTED and that all proceedings in this action are STAYED for one hundred eighty (180) days from the date of this Consent Order. The parties will immediately inform the Court at such time as the stay needs to be lifted and the case dismissed or re-activated.

WHEREFORE, Plaintiffs respectfully request that the Court enter a stay of this action for 180 days from the entry of the Agreed Order of Stay.

So Entered, this the ____ day of _____, 200_.

_____
United States District Court Judge