**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05 CV 473-MU**

| | |
|---|---|
| CONDOMINIUMS AT LATTA PAVILION, OWNERS ASSOCIATION, INC., et al., : : Plaintiffs, : : v. : CRYSTAL WINDOW & DOOR SYSTEMS, INC., : : Defendant. : | **AGREED ORDER FURTHER EXTENDING STAY** |

THIS MATTER coming on to be heard on Consent Motion to Further Extend Stay for an additional 180 days, and the Court having considered the reasons set forth in the Consent Motion, and being of the opinion that the motion should be allowed in order that the parties to the present suit may continue to work jointly with non-parties to investigate and test a possible resolution of the matters raised in the Complaint without the present necessity of the Initial Attorneys' Conference and other or further litigation proceedings herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Consent Motion to Further Extend Stay be and hereby is GRANTED and that all proceedings in this action are STAYED for an additional one hundred eighty (180) days from January 2, 2007. The parties will immediately inform the Court at such time as the stay needs to be lifted and the case dismissed or re-activated.

Signed: December 11, 2006

*Graham C. Mullen*
Graham C. Mullen
United States District Judge