# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:05cv473

| | |
|---|---|
| **CONDOMINIUMS AT LATTA PAVILION OWNERS ASSOCIATION, INC.,** *et. al.*, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | **O R D E R** |
| **CRYSTAL WINDOW & DOORE SYSTEMS, LTD.,** ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** came before the Court by transfer on September 19, 2007.

On June 11, 2007, the parties received their fourth stay of the prosecution of this action in order for them to pursue a resolution of the matter without further litigation. The current stay will expire on December 8, 2007. The parties are advised that in the event they are unable to resolve the matter, they should be prepared to proceed directly with the Initial Attorneys Conference and file certification thereof with the Court.

**IT IS, THEREFORE, ORDERED** that on or before December 18, 2007, the parties shall either file with the Court a certification that the case has been settled or otherwise resolved or file with the Court a Certification of the Initial Attorneys Conference.

Signed: September 24, 2007

Martin Reidinger
United States District Judge